No. 12–775. KENNEY v. JAPAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–792. DIBBS v. MAZZARELLI ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–795. WILLIAM JEFFERSON & CO., INC. v. ORANGE COUNTY ASSESSMENT APPEALS BOARD NO. 3. C. A. 9th Cir. Certiorari denied.

No. 12–844. SLEDGE v. BELLWOOD SCHOOL DISTRICT 88. C. A. 7th Cir. Certiorari denied.

No. 12–856. CORNISH v. KAPPOS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, PATENT AND TRADEMARK OFFICE, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 12–866. DOE ET AL. v. DELNOR COMMUNITY HEALTH SYSTEMS ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 12–867. POTUGARI v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 12–868. ONYIAH v. ST. CLOUD STATE UNIVERSITY ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–888. TOWN OF OYSTER BAY, NEW YORK v. KIRKLAND, COMMISSIONER, NEW YORK STATE DIVISION OF HUMAN RIGHTS, ET AL. Ct. App. N. Y. Certiorari denied.

No. 12–890. FERMIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–896. NEGER v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 12–909. BOURDON ET AL. v. MABUS, SECRETARY OF THE NAVY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 12–913. ABRAHAM v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.